# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ross, Allyne R. | U.S. District Court, Eastern District New York | 03/09/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

225 Cadman Plaza East
Brooklyn, NY 11201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Trustee of WisdomTree Trust (trustee fees) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Greenwich Friess Long/Short Fund | | None | P1 | T | | | | | |
| 3. Oak Hill Capital Partners | G | Distribution | N | T | | | | | |
| 4. Park Overlook Equities Fund | | None | O | T | | | | | |
| 5. WPX Partners LP | G | Distribution | L | U | | | | | |
| 6. 34 Graham Road LLC (Y) | | | | | | | | | |
| 7. Northwestern Mutual Whole Life Insurance | B | Interest | L | T | | | | | |
| 8. Account #1 (H) | | | | | | | | | |
| 9. Fidelity Mid Cap Index Institutional Premium Class (FSMDX) | A | Dividend | M | T | | | | | |
| 10. Account #2 (H) | | | | | | | | | |
| 11. Fidelity Extd Market Index Institutional Premium Class (FSMAX) | A | Dividend | N | T | | | | | |
| 12. Fidelity Mid Cap Index Institutional Premium Class (FSMDX) | D | Dividend | N | T | | | | | |
| 13. Fidelity Total Emerging Markets FD (FTEMX) | C | Dividend | N | T | | | | | |
| 14. Fidelity Disruptive Medicine Fund (FMEDX) | A | Dividend | L | T | Buy | 05/18/20 | K | | |
| 15. | | | | | Buy<br>(add'l) | 07/08/20 | J | | |
| 16. Wisdomtree TR US Qlt Shared YLD (QSY) | D | Dividend | N | T | | | | | |
| 17. BlackRock Global Energy & Resources Trust (BGR) | A | Dividend | | | Sold | 07/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Tekla Healthcare (HQH) | A | Dividend | | | Sold | 05/14/20 | K | A | |
| 19. Account #3 (H) | | | | | | | | | |
| 20. Fidelity Extended Market Index Institutional Premium Class (FSMAX) | E | Dividend | P1 | T | | | | | |
| 21. Fidelity Small Cap Index Institutional Premium Class (FSSNX) | D | Dividend | O | T | | | | | |
| 22. Account #4 (H) | | | | | | | | | |
| 23. Fidelity 500 Index Institutional Premium Class (FXAIX) | C | Dividend | N | T | | | | | |
| 24. Fidelity Int'l Enhanced Index Fund (FIENX) | C | Dividend | N | T | Buy (add'l) | 01/07/20 | L | | |
| 25. Account #5 (H) | | | | | | | | | |
| 26. ML Bank Deposit Program (cash) | A | Interest | M | T | | | | | |
| 27. Accor Sa Shs Adr (ACCYY) | | None | | | Buy (add'l) | 05/11/20 | J | | |
| 28. | | | | | Sold | 11/11/20 | K | B | |
| 29. ACS Actividades Cons-Uns (ACSAY) | A | Dividend | | | Buy (add'l) | 03/09/20 | J | | |
| 30. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 31. | | | | | Sold | 11/04/20 | K | | |
| 32. Adecco Group Ag (AHEXY) | | None | K | T | Buy (add'l) | 05/11/20 | J | | |
| 33. | | | | | Sold (part) | 10/23/20 | J | | |
| 34. Adobe Systems Inc (ADBE) | | None | K | T | Sold (part) | 03/18/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 04/16/20 | J | B | |
| 36. | | | | | Sold (part) | 05/07/20 | J | B | |
| 37. | | | | | Sold (part) | 05/28/20 | J | B | |
| 38. | | | | | Sold (part) | 09/17/20 | J | B | |
| 39. Aercap Holdings N.V. SHS (AER) | | None | | | Buy (add'l) | 03/10/20 | J | | |
| 40. | | | | | Sold (part) | 03/23/20 | J | | |
| 41. | | | | | Sold | 03/24/20 | J | | |
| 42. AIA Group LTD (AAGIY) | A | Dividend | K | T | Sold (part) | 05/27/20 | J | A | |
| 43. Air Liquide (AIQUY) | | None | K | T | Buy | 11/03/20 | J | | |
| 44. | | | | | Buy (add'l) | 11/06/20 | J | | |
| 45. Airbus SE (EADSY) | | None | K | T | Buy (add'l) | 03/31/20 | J | | |
| 46. | | | | | Buy (add'l) | 05/11/20 | J | | |
| 47. Alcon Sa Act Nom (ALC) | | None | K | T | Sold (part) | 04/14/20 | J | A | |
| 48. Alibaba Group Holding LT (ALC) | | None | J | T | Buy | 05/04/20 | J | | |
| 49. | | | | | Sold (part) | 10/21/20 | J | B | |
| 50. Alexion Pharmaceuticals INC (ALXN) | | None | | | Sold (part) | 03/20/20 | J | | |
| 51. | | | | | Sold | 04/08/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   Align Tech Inc Del Com (ALGN) | | None | K | T | Sold<br>(part) | 05/11/20 | J | A | |
| 53.   Allstate Corp Del (ALL) | A | Dividend | J | T | Buy | 04/16/20 | J | | |
| 54. | | | | | Buy<br>(add'l) | 11/23/20 | J | | |
| 55.   Alphabet Inc CL C (GOOG) | | None | K | T | Sold<br>(part) | 03/20/20 | J | B | |
| 56. | | | | | Sold<br>(part) | 05/07/20 | J | A | |
| 57. | | | | | Sold<br>(part) | 05/28/20 | J | B | |
| 58. | | | | | Sold<br>(part) | 09/17/20 | J | A | |
| 59.   Altria Group Inc (MO) | A | Dividend | K | T | Buy<br>(add'l) | 04/16/20 | J | | |
| 60. | | | | | Buy<br>(add'l) | 04/24/20 | J | | |
| 61.   Amazon.com INC (AMZN) | | None | L | T | Sold<br>(part) | 03/20/20 | J | C | |
| 62. | | | | | Sold<br>(part) | 05/07/20 | J | B | |
| 63. | | | | | Sold<br>(part) | 05/28/20 | J | B | |
| 64. | | | | | Sold<br>(part) | 09/09/20 | J | C | |
| 65.   American Express Company (AXP) | A | Dividend | K | T | Buy | 01/30/20 | J | | |
| 66. | | | | | Buy<br>(add'l) | 05/19/20 | J | | |
| 67. | | | | | Buy<br>(add'l) | 06/18/20 | J | | |
| 68. | | | | | Sold<br>(part) | 11/19/20 | J | A | |

| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | American International Group Com New (AIG) | A | Dividend | K | T | Buy (add'l) | 03/31/20 | J | | |
| 70. | | | | | | Buy (add'l) | 04/24/20 | J | | |
| 71. | | | | | | Buy (add'l) | 04/27/20 | J | | |
| 72. | American Tower Corp. REIT (AMT) | A | Dividend | K | T | Sold (part) | 03/20/20 | J | C | |
| 73. | | | | | | Buy (add'l) | 05/11/20 | J | | |
| 74. | | | | | | Sold (part) | 05/28/20 | J | B | |
| 75. | Anglo American Plc Shs Adr (NGLOY) | A | Dividend | K | T | Buy (add'l) | 05/11/20 | J | | |
| 76. | | | | | | Buy (add'l) | 06/12/20 | J | | |
| 77. | | | | | | Sold (part) | 12/04/20 | J | B | |
| 78. | Anthem Inc. (ANTM) | A | Dividend | K | T | Buy (add'l) | 05/11/20 | J | | |
| 79. | Applied Material Inc (AMAT) | A | Dividend | J | T | Buy | 06/17/20 | J | | |
| 80. | | | | | | Buy (add'l) | 06/18/20 | J | | |
| 81. | | | | | | Buy (add'l) | 10/14/20 | J | | |
| 82. | ASML Holding NV NY Reg Shs (ASML) | A | Dividend | K | T | Sold (part) | 04/30/20 | J | B | |
| 83. | | | | | | Sold (part) | 05/28/20 | J | B | |
| 84. | | | | | | Sold (part) | 09/17/20 | J | A | |
| 85. | Astrazeneca PLC Spon ADR (AZN) | A | Dividend | J | T | Sold (part) | 09/02/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  AXA Spons ADR (AXAHY) | | None | | | Sold | 03/03/20 | K | A | |
| 87.  BAE Systems PLC Sponsored ADR (BAESY) | A | Dividend | K | T | Buy (add'l) | 10/21/20 | J | | |
| 88.  Baker Hughes Inc Reg Shs (BHGE) | A | Dividend | | | Sold (part) | 03/31/20 | J | | |
| 89. | | | | | Sold | 04/01/20 | J | | |
| 90.  Berkshire Hathaway Inc Del Cl B New (BRKB) | | None | K | T | Buy | 03/05/20 | J | | |
| 91. | | | | | Buy (add'l) | 06/17/20 | J | | |
| 92.  BASF SE Sponsored ADR (BASFY) | | None | | | Sold | 03/13/20 | K | | |
| 93.  Biomarin Pharmaceutical Inc (BMRN) | | None | J | T | Sold (part) | 03/20/20 | J | A | |
| 94. | | | | | Sold (part) | 09/17/20 | J | A | |
| 95.  Boston Scientific Corp (BSX) | | None | J | T | Buy (add'l) | 01/16/20 | J | | |
| 96. | | | | | Buy (add'l) | 02/27/20 | J | | |
| 97. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 98. | | | | | Sold (part) | 09/11/20 | J | | |
| 99.  BP PLC Spon ADR (BP) | B | Dividend | J | T | Buy (add'l) | 01/21/20 | J | | |
| 100. | | | | | Sold (part) | 04/16/20 | J | | |
| 101. | | | | | Sold (part) | 06/15/20 | J | | |
| 102. | | | | | Sold (part) | 06/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Brambles Ltd SHS ADR (BXBLY) | | None | K | T | Buy | 06/29/20 | J | | |
| 104. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 105. Bristol-Myers Squibb Co (BMY) | A | Dividend | | | Sold (part) | 01/16/20 | J | B | |
| 106. | | | | | Sold (part) | 02/21/20 | J | B | |
| 107. | | | | | Sold | 02/24/20 | J | B | |
| 108. Capegemini Se Shs Adr (CGEMY) | A | Dividend | K | T | | | | | |
| 109. Carlsberg AS Sponsored ADR (CABGY) | A | Dividend | K | T | | | | | |
| 110. Chubb Ltd CHF (CB) | A | Dividend | | | Sold (part) | 04/13/20 | J | A | |
| 111. | | | | | Sold (part) | 07/16/20 | J | A | |
| 112. | | | | | Sold (part) | 11/03/20 | J | A | |
| 113. | | | | | Sold | 11/09/20 | J | B | |
| 114. Cisco Systems Inc Com (CSCO) | A | Dividend | K | T | Buy (add'l) | 01/21/20 | J | | |
| 115. | | | | | Sold (part) | 05/19/20 | J | | |
| 116. | | | | | Buy (add'l) | 10/14/20 | J | | |
| 117. Citigroup Inc (C) | B | Dividend | L | T | Buy (add'l) | 05/19/20 | J | | |
| 118. | | | | | Buy (add'l) | 11/23/20 | J | | |
| 119. CME Group Inc (CME) | A | Dividend | J | T | Buy | 04/16/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ross, Allyne R.** | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 04/29/20 | J | | |
| 121. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 122. Coca Cola Com (KO) | | None | K | T | Buy | 07/28/20 | J | | |
| 123. | | | | | Buy (add'l) | 09/04/20 | J | | |
| 124. | | | | | Buy (add'l) | 11/23/20 | J | | |
| 125. Cognizant Tech Solutions A (CTSH) | A | Dividend | K | T | Buy (add'l) | 04/24/20 | J | | |
| 126. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 127. Comcast Corp New Cl A (CMCSA) | A | Dividend | K | T | | | | | |
| 128. Compagnie de Saint-Unsp Adr (CODYY) | | None | K | T | Buy (add'l) | 05/11/20 | J | | |
| 129. | | | | | Sold (part) | 10/23/20 | J | | |
| 130. Conagra Brands INC (CAG) | A | Dividend | | | Sold (part) | 10/13/20 | J | B | |
| 131. | | | | | Sold (part) | 11/20/20 | J | B | |
| 132. | | | | | Sold | 11/23/20 | J | A | |
| 133. Conocophillips (COP) | A | Dividend | J | T | Buy (add'l) | 04/16/20 | J | | |
| 134. | | | | | Buy (add'l) | 06/17/20 | J | | |
| 135. | | | | | Buy (add'l) | 06/18/20 | J | | |
| 136. Constellation Brands INC (STZ) | A | Dividend | K | T | Buy (add'l) | 03/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ross, Allyne R.** | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy<br>(add'l) | 04/16/20 | J | | |
| 138. | | | | | Buy<br>(add'l) | 04/24/20 | J | | |
| 139. | | | | | Buy<br>(add'l) | 05/19/20 | J | | |
| 140. Corteva Inc Reg Shs (CTVA) | A | Dividend | K | T | Buy<br>(add'l) | 06/18/20 | J | | |
| 141. | | | | | Buy<br>(add'l) | 06/18/20 | J | | |
| 142. Costco Wholesale Corp (COST) | A | Dividend | K | T | Sold<br>(part) | 03/20/20 | J | B | |
| 143. | | | | | Sold<br>(part) | 09/17/20 | J | B | |
| 144. CRH Plc Adr (CRH) | A | Dividend | J | T | Sold<br>(part) | 04/16/20 | J | | |
| 145. CVS Health Corp (CVS) | A | Dividend | K | T | Buy<br>(add'l) | 04/16/20 | J | | |
| 146. | | | | | Buy<br>(add'l) | 04/24/20 | J | | |
| 147. Danone Sponsored ADR (DANOY) | | None | K | T | Buy<br>(add'l) | 05/11/20 | J | | |
| 148. | | | | | Buy<br>(add'l) | 06/10/20 | J | | |
| 149. | | | | | Sold<br>(part) | 08/06/20 | J | | |
| 150. DBS Group Holdings LTD SPON ADR<br>(DBSDY) | B | Dividend | K | T | Buy<br>(add'l) | 05/11/20 | J | | |
| 151. | | | | | Buy<br>(add'l) | 06/12/20 | J | | |
| 152. | | | | | Sold<br>(part) | 07/27/20 | J | A | |
| 153. Deutsche Boerse AG SHS (DBOEY) | A | Dividend | K | T | Sold<br>(part) | 05/07/20 | J | B | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold<br>(part) | 07/10/20 | J | A | |
| 155. | | | | | Buy<br>(add'l) | 10/21/20 | J | | |
| 156. Deutsche Post AG SHS (DPSGY) | A | Dividend | K | T | Buy<br>(add'l) | 05/11/20 | J | | |
| 157. | | | | | Sold<br>(part) | 10/21/20 | J | B | |
| 158. | | | | | Buy<br>(add'l) | 12/03/20 | J | | |
| 159. DNB ASA Sponsored ADR (DNHBY) | | None | K | T | Buy<br>(add'l) | 05/11/20 | J | | |
| 160. | | | | | Sold<br>(part) | 10/23/20 | J | | |
| 161. Dollar General Corp New (DG) | A | Dividend | J | T | Sold<br>(part) | 04/14/20 | J | B | |
| 162. | | | | | Sold<br>(part) | 04/22/20 | J | B | |
| 163. | | | | | Sold<br>(part) | 05/15/20 | J | B | |
| 164. | | | | | Sold<br>(part) | 09/02/20 | J | B | |
| 165. | | | | | Sold<br>(part) | 11/19/20 | J | A | |
| 166. Dupont De Nemours Inc (DD) | A | Dividend | K | T | Buy<br>(add'l) | 01/21/20 | J | | |
| 167. E.On SE ADR (EONGY) | A | Dividend | | | Sold | 10/30/20 | K | B | |
| 168. Engie SHS (ENGIY) | | None | | | Sold<br>(part) | 04/02/20 | J | | |
| 169. | | | | | Sold | 04/03/20 | J | | |
| 170. Edison Intl Calif (EIX) | A | Dividend | J | T | Buy | 04/16/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 04/17/20 | J | | |
| 172. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 173. | | | | | Buy (add'l) | 06/17/20 | J | | |
| 174. | | | | | Buy (add'l) | 06/18/20 | J | | |
| 175. Enel Societa Per Azioni (ENLAY) | A | Dividend | K | T | Buy | 04/01/20 | J | | |
| 176. | | | | | Buy (add'l) | 05/11/20 | J | | |
| 177. | | | | | Buy (add'l) | 04/02/20 | J | | |
| 178. | | | | | Sold (part) | 10/21/20 | J | A | |
| 179. Equinix Inc. REIT (EQIX) | A | Dividend | K | T | Sold (part) | 03/20/20 | J | B | |
| 180. | | | | | Sold (part) | 09/17/20 | J | B | |
| 181. Equinor Asa (EQNR) | A | Dividend | J | T | Buy (add'l) | 02/28/20 | K | | |
| 182. | | | | | Sold (part) | 03/17/20 | J | | |
| 183. | | | | | Sold (part) | 03/18/20 | J | | |
| 184. | | | | | Buy (add'l) | 06/18/20 | J | | |
| 185. | | | | | Buy (add'l) | 09/08/20 | J | | |
| 186. | | | | | Buy (add'l) | 09/09/20 | J | | |
| 187. Equitable Holdings Inc (EQH) | A | Dividend | J | T | Sold (part) | 06/18/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Essilorluxottica (formerly Essilor International) SA ADR (ESLOY) | | None | | | Sold (part) | 01/30/20 | J | B | |
| 189. | | | | | Sold | 01/31/20 | J | B | |
| 190. Exelon Corporation (EXC) | | None | J | T | Buy | 11/23/20 | J | | |
| 191. Facebook Inc CL A (FB) | | None | K | T | Sold (part) | 03/20/20 | J | A | |
| 192. | | | | | Sold (part) | 05/28/20 | J | B | |
| 193. Fanuc LTD Unsponsored (FANUY) | A | Dividend | K | T | Sold (part) | 12/04/20 | J | B | |
| 194. Fedex Corp Delaware Com (FDX) | A | Dividend | J | T | Buy (add'l) | 01/21/20 | J | | |
| 195. | | | | | Sold (part) | 04/24/20 | J | | |
| 196. | | | | | Sold (part) | 11/19/20 | J | C | |
| 197. FID National Finl Inc (FNF) | A | Dividend | J | T | Buy | 06/18/20 | J | | |
| 198. First American Finl Corp (FAF) | A | Dividend | J | T | Buy | 11/24/20 | J | | |
| 199. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 200. Firstenergy Corp (FE) | A | Dividend | | | Buy (add'l) | 04/24/20 | J | | |
| 201. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 202. | | | | | Buy (add'l) | 05/19/20 | J | | |
| 203. | | | | | Sold | 07/27/20 | K | | |
| 204. Fortive Corp (FTV) | A | Dividend | | | Buy | 01/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 01/24/20 | J | | |
| 206. | | | | | Buy (add'l) | 01/27/20 | J | | |
| 207. | | | | | Sold (part) | 10/13/20 | J | A | |
| 208. | | | | | Sold | 10/14/20 | J | A | |
| 209. Fox Corp Reg Shs CL A (FOXA) | | None | J | T | Buy (add'l) | 03/31/20 | J | | |
| 210. Gallagher Arthur J & Co (AJG) | A | Dividend | K | T | Buy (add'l) | 06/17/20 | J | | |
| 211. | | | | | Buy (add'l) | 06/18/20 | J | | |
| 212. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 213. General Electric (GE) | A | Dividend | J | T | | | | | |
| 214. General Motors Co (GM) | A | Dividend | K | T | Buy (add'l) | 04/24/20 | J | | |
| 215. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 216. Hitachi LTD 10 New Adr (HTHIY) | A | Dividend | K | T | Buy (add'l) | 10/21/20 | J | | |
| 217. Home Depot Inc (HD) | A | Dividend | K | T | Sold (part) | 05/07/20 | J | A | |
| 218. | | | | | Sold (part) | 09/17/20 | J | A | |
| 219. HSBC Holding PLC (HSBC) | | None | | | Buy (add'l) | 05/11/20 | J | | |
| 220. | | | | | Sold | 06/05/20 | J | A | |
| 221. Humana Inc (HUM) | A | Dividend | J | T | Sold (part) | 03/16/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Sold<br>(part) | 03/23/20 | J | | |
| 223. | | | | | Sold | 03/27/20 | J | A | |
| 224. | | | | | Buy | 11/24/20 | J | | |
| 225. | | | | | Buy<br>(add'l) | 11/25/20 | J | | |
| 226. IHS Markit LTD SHS (INFO) | A | Dividend | K | T | Sold<br>(part) | 03/20/20 | J | A | |
| 227. | | | | | Sold<br>(part) | 09/17/20 | J | A | |
| 228. Illumina Inc Com (ILMN) | | None | K | T | Sold<br>(part) | 09/09/20 | J | B | |
| 229. | | | | | Sold<br>(part) | 09/29/20 | J | A | |
| 230. | | | | | Sold<br>(part) | 10/05/20 | J | A | |
| 231. | | | | | Sold<br>(part) | 10/08/20 | J | B | |
| 232. Industria De Diseno (IDEXY) | A | Dividend | K | T | Sold<br>(part) | 03/20/20 | J | | |
| 233. | | | | | Buy<br>(add'l) | 10/26/20 | J | | |
| 234. Iqvia Holdings Inc (IQV) | | None | J | T | Buy | 09/29/20 | J | | |
| 235. | | | | | Buy<br>(add'l) | 09/30/20 | J | | |
| 236. | | | | | Buy<br>(add'l) | 10/29/20 | J | | |
| 237. | | | | | Buy<br>(add'l) | 11/04/20 | J | | |
| 238. Japan airlines Co Ltd Shs Adr (JAPSY) | | None | | | Buy<br>(add'l) | 01/02/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Buy<br>(add'l) | 01/08/20 | J | | |
| 240. | | | | | Buy<br>(add'l) | 05/11/20 | J | | |
| 241. | | | | | Sold | 06/18/20 | K | A | |
| 242. Johnson & Johnson Com (JNJ) | A | Dividend | | | Buy | 01/14/20 | J | | |
| 243. | | | | | Buy<br>(add'l) | 01/15/20 | J | | |
| 244. | | | | | Buy<br>(add'l) | 02/20/20 | J | | |
| 245. | | | | | Sold<br>(part) | 04/16/20 | J | A | |
| 246. | | | | | Sold<br>(part) | 05/15/20 | J | A | |
| 247. | | | | | Sold | 06/17/20 | J | | |
| 248. Johnson Controls International (JCI) | A | Dividend | | | Sold | 01/16/20 | J | A | |
| 249. JPMorgan Chase & Co (JPM) | B | Dividend | K | T | Sold<br>(part) | 04/14/20 | J | B | |
| 250. | | | | | Sold<br>(part) | 05/15/20 | J | B | |
| 251. | | | | | Sold<br>(part) | 06/15/20 | J | B | |
| 252. | | | | | Sold<br>(part) | 07/16/20 | J | B | |
| 253. Julius Baer Group ADR (JBAXY) | A | Dividend | K | T | Sold<br>(part) | 12/07/20 | J | B | |
| 254. KBC Groupe SA SHS (KBCSY) | | None | K | T | Buy | 03/11/20 | J | | |
| 255. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Buy<br>(add'l) | 05/11/20 | J | | |
| 257. | | | | | Buy<br>(add'l) | 10/21/20 | J | | |
| 258. Kellogg CO (K) | A | Dividend | | | Sold<br>(part) | 04/14/20 | J | A | |
| 259. | | | | | Sold<br>(part) | 05/15/20 | J | A | |
| 260. | | | | | Sold | 05/18/20 | J | | |
| 261. Kinder Morgan Inc Del (KMI) | A | Dividend | J | T | Buy | 03/10/20 | J | | |
| 262. Koninkluke Philips NV Spon ADR (PHG) | A | Dividend | K | T | Sold<br>(part) | 06/16/20 | J | B | |
| 263. | | | | | Buy<br>(add'l) | 10/21/20 | J | | |
| 264. | | | | | Buy<br>(add'l) | 10/22/20 | J | | |
| 265. | | | | | Buy<br>(add'l) | 10/26/20 | J | | |
| 266. | | | | | Buy<br>(add'l) | 10/27/20 | J | | |
| 267. Koninklijke Ahold Delhaize NV SP ADR (ADRNY) | A | Dividend | K | T | Buy | 03/26/20 | J | | |
| 268. | | | | | Buy<br>(add'l) | 05/11/20 | J | | |
| 269. Leidos Holdings Inc Shs (LDOS) | A | Dividend | J | T | Buy | 11/24/20 | J | | |
| 270. | | | | | Buy<br>(add'l) | 11/25/20 | J | | |
| 271. Lloyds Banking Group PLC (LYG) | | None | | | Sold | 03/23/20 | J | | |
| 272. Lockheed Martin Corp (LMT) | A | Dividend | | | Sold<br>(part) | 09/02/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold | 11/19/20 | J | C | |
| 274. London Stk Exchange (LNSTY) | A | Dividend | | | Buy | 03/31/20 | J | | |
| 275. | | | | | Sold | 12/03/20 | K | C | |
| 276. Lowe's Companies Inc (LOW) | A | Dividend | J | T | Buy (add'l) | 04/16/20 | J | | |
| 277. | | | | | Sold (part) | 06/15/20 | J | B | |
| 278. | | | | | Sold (part) | 09/02/20 | J | B | |
| 279. | | | | | Sold (part) | 10/12/20 | J | B | |
| 280. | | | | | Sold (part) | 11/19/20 | J | B | |
| 281. Marathon Oil Corp (MRO) | A | Dividend | | | Sold | 07/10/20 | J | | |
| 282. Marathon Petroleum Co (MPC) | B | Dividend | K | T | Buy (add'l) | 06/17/20 | J | | |
| 283. | | | | | Buy (add'l) | 06/18/20 | J | | |
| 284. | | | | | Buy (add'l) | 07/14/20 | J | | |
| 285. | | | | | Buy (add'l) | 11/23/20 | J | | |
| 286. Marsh & Mclennan Cos Inc (MMC) | A | Dividend | | | Sold | 03/27/20 | J | A | |
| 287. Mastercard Inc (MA) | A | Dividend | K | T | Buy (add'l) | 03/11/20 | J | | |
| 288. | | | | | Sold (part) | 05/07/20 | J | B | |
| 289. | | | | | Sold (part) | 09/09/20 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ross, Allyne R.** | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. McKesson Corp Com (MCK) | A | Dividend | J | T | Buy (add'l) | 04/24/20 | J | | |
| 291. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 292. Medtronic PLC SHS (MDT) | A | Dividend | K | T | Buy (add'l) | 10/21/20 | J | | |
| 293. | | | | | Sold (part) | 11/19/20 | J | A | |
| 294. Merck KGAA ADR (MKKGY) | A | Dividend | K | T | Buy | 03/04/20 | J | | |
| 295. | | | | | Buy (add'l) | 03/05/20 | J | | |
| 296. | | | | | Sold (part) | 10/21/20 | J | A | |
| 297. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 298. MetLife Inc (MET) | A | Dividend | K | T | Buy (add'l) | 02/25/20 | J | | |
| 299. Microsoft Corp (MSFT) | A | Dividend | K | T | Sold (part) | 04/14/20 | J | B | |
| 300. | | | | | Sold (part) | 04/22/20 | J | C | |
| 301. | | | | | Sold (part) | 04/27/20 | J | D | |
| 302. | | | | | Sold (part) | 09/11/20 | J | | |
| 303. Mondelez International (MDLZ) | A | Dividend | J | T | Sold (part) | 09/02/20 | J | A | |
| 304. Monster Beverage Corp New Com (MNST) | | None | | | Sold (part) | 01/06/20 | J | A | |
| 305. | | | | | Sold (part) | 01/07/20 | J | A | |
| 306. | | | | | Sold | 01/10/20 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Morgan Stanley (MS) | A | Dividend | K | T | Buy (add'l) | 10/21/20 | J | | |
| 308. Motorola Solutions Inc (MSI) | A | Dividend | K | T | Buy (add'l) | 07/27/20 | J | | |
| 309. | | | | | Buy (add'l) | 07/28/20 | J | | |
| 310. Murata Manufacturing Co (MRAAY) | A | Dividend | K | T | Sold (part) | 05/07/20 | J | A | |
| 311. | | | | | Buy (add'l) | 10/26/20 | J | | |
| 312. | | | | | Sold (part) | 11/24/20 | J | B | |
| 313. | | | | | Sold (part) | 12/03/20 | J | D | |
| 314. Newell Brands Inc (NWL) | A | Dividend | J | T | Buy (add'l) | 01/21/20 | J | | |
| 315. | | | | | Sold (part) | 11/23/20 | J | A | |
| 316. | | | | | Sold (part) | 11/24/20 | J | A | |
| 317. Nisource Inc (NI) | A | Dividend | J | T | Buy | 10/21/20 | J | | |
| 318. Nextera Energy Inc Com (NEE) | A | Dividend | | | Sold | 04/16/20 | J | | |
| 319. Nordea Bank ABP SHS ADR (NRDBY) | | None | K | T | | | | | |
| 320. Northrop Grumman Corp (NOC) | A | Dividend | | | Sold (part) | 09/03/20 | J | B | |
| 321. | | | | | Sold | 09/04/20 | J | B | |
| 322. Novozymes A/S ADR (NVZMY) | | None | K | T | Buy | 03/30/20 | J | | |
| 323. | | | | | Buy (add'l) | 03/31/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  Nutrien Ltd Reg Shs (NTR) | A | Dividend | | | Buy (add'l) | 03/31/20 | J | | |
| 325. | | | | | Sold | 07/28/20 | K | A | |
| 326.  Nvidia (NVDA) | A | Dividend | K | T | Sold (part) | 01/14/20 | J | A | |
| 327. | | | | | Sold (part) | 05/07/20 | J | B | |
| 328. | | | | | Sold (part) | 09/09/20 | J | C | |
| 329.  NXP Semiconductors N.V (NXPI) | A | Dividend | J | T | Sold (part) | 04/17/20 | J | B | |
| 330. | | | | | Sold (part) | 04/28/20 | J | B | |
| 331.  Oneok Inc (Oklahoma) (OKE) | A | Dividend | | | Sold | 03/10/20 | J | | |
| 332.  Oracle Corp. (ORCL) | A | Dividend | | | Sold (part) | 04/14/20 | J | A | |
| 333. | | | | | Sold (part) | 05/15/20 | J | A | |
| 334. | | | | | Sold | 06/15/20 | J | B | |
| 335.  Otsuka Holdings Co LTD (OTSKY) | A | Dividend | | | Sold (part) | 03/18/20 | J | | |
| 336. | | | | | Sold | 03/19/20 | J | | |
| 337.  Paypal Holdings Inc (PYPL) | | None | K | T | Sold (part) | 03/20/20 | J | A | |
| 338. | | | | | Sold (part) | 05/07/20 | J | C | |
| 339.  Pentair Plc Shs (PNR) | A | Dividend | | | Sold (part) | 06/16/20 | J | A | |
| 340. | | | | | Sold | 06/17/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Pepsico Inc (PEP) | A | Dividend | | | Sold (part) | 06/15/20 | J | A | |
| 342. | | | | | Sold | 06/16/20 | J | B | |
| 343. Pernod-Ricard Sa-Unspon (PDRDY) | A | Dividend | K | T | Buy | 03/20/20 | J | | |
| 344. | | | | | Buy (add'l) | 10/26/20 | J | | |
| 345. Pfizer Inc Common Stock (PFE) | A | Dividend | J | T | Sold (part) | 01/14/20 | J | B | |
| 346. | | | | | Sold (part) | 09/02/20 | J | A | |
| 347. Philip Morris Intl Inc (PM) | A | Dividend | | | Sold | 01/14/20 | J | A | |
| 348. Pioneer Natural Res Co (PXD) | A | Dividend | K | T | Buy | 03/31/20 | J | | |
| 349. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 350. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 351. | | | | | Sold (part) | 06/15/20 | J | A | |
| 352. | | | | | Buy (add'l) | 09/04/20 | J | | |
| 353. PPG Industries Inc SHS (PPG) | A | Dividend | J | T | Buy | 09/08/20 | J | | |
| 354. | | | | | Buy (add'l) | 09/09/20 | J | | |
| 355. | | | | | Buy (add'l) | 10/14/20 | J | | |
| 356. PPL Corporation (PPL) | A | Dividend | J | T | Buy | 06/17/20 | J | | |
| 357. | | | | | Buy (add'l) | 06/18/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  Prosus N V (PROSY) | A | Dividend | K | T | Sold (part) | 05/11/20 | K | B | |
| 359. | | | | | Buy (add'l) | 06/01/20 | K | | |
| 360. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 361.  Public Service Enterprise Group Inc Common Stock (PEG) | A | Dividend | K | T | Buy (add'l) | 04/16/20 | J | | |
| 362. | | | | | Buy (add'l) | 05/19/20 | J | | |
| 363. | | | | | Buy (add'l) | 06/17/20 | J | | |
| 364. | | | | | Buy (add'l) | 06/18/20 | J | | |
| 365.  Qualcomm Inc Common Stock (QCOM) | | None | | | Sold | 01/14/20 | J | B | |
| 366.  Quest Diagnostic Inc (DGX) | A | Dividend | | | Sold (part) | 05/15/20 | J | A | |
| 367. | | | | | Sold | 11/20/20 | J | B | |
| 368.  Raymond James FINL Inc (RJF) | A | Dividend | J | T | Buy | 01/23/20 | J | | |
| 369. | | | | | Buy (add'l) | 01/24/20 | J | | |
| 370. | | | | | Buy (add'l) | 11/24/20 | J | | |
| 371. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 372.  Raytheon Technologies (RTX) | A | Dividend | K | T | Buy | 09/04/20 | J | | |
| 373. | | | | | Buy (add'l) | 11/23/20 | J | | |
| 374.  Reckitt Benckiser Group (RBGLY) | A | Dividend | K | T | Buy (add'l) | 05/04/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 06/10/20 | J | | |
| 376. | | | | | Sold (part) | 10/22/20 | J | B | |
| 377. Repsol YPF S A SPND ADR (RDSMY) | A | Dividend | | | Sold (part) | 01/23/20 | J | | |
| 378. | | | | | Sold (part) | 01/24/20 | J | | |
| 379. | | | | | Sold (part) | 02/07/20 | J | | |
| 380. | | | | | Sold (part) | 02/10/20 | J | | |
| 381. | | | | | Sold (part) | 02/11/20 | J | | |
| 382. | | | | | Sold (part) | 02/12/20 | J | | |
| 383. | | | | | Sold | 02/14/20 | J | | |
| 384. Roche Holding LTD Spons ADR Switzerland ADR (RHHBY) | A | Dividend | K | T | Buy (add'l) | 05/11/20 | J | | |
| 385. | | | | | Buy (add'l) | 06/10/20 | J | | |
| 386. | | | | | Sold (part) | 07/29/20 | J | C | |
| 387. Rolls Royce Grp Spn Adr (RYCEY) | A | Dividend | | | Buy (add'l) | 03/31/20 | J | | |
| 388. | | | | | Sold | 04/13/20 | J | | |
| 389. Royal DSM N V Sponsored ADR (RDSMY) | | None | | | Sold (part) | 01/17/20 | J | B | |
| 390. | | | | | Sold (part) | 02/25/20 | J | C | |
| 391. | | | | | Sold (part) | 02/26/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392. | | | | | Sold | 02/27/20 | J | A | |
| 393. Royal Dutch Shell PLC Cl A (RDSA) | A | Dividend | | | Sold (part) | 02/24/20 | J | | |
| 394. | | | | | Sold | 02/25/20 | J | | |
| 395. RWE Ag Sponsored Adr (RWEOY) | A | Dividend | K | T | Sold (part) | 02/04/20 | J | A | |
| 396. | | | | | Sold (part) | 08/12/20 | J | A | |
| 397. S&P Global Inc (SPGI) | A | Dividend | J | T | Sold (part) | 05/28/20 | J | B | |
| 398. Salesforce.com Inc (CRM) | | None | K | T | Sold (part) | 05/07/20 | J | B | |
| 399. | | | | | Sold (part) | 09/09/20 | J | C | |
| 400. Sands China Ltd Unsp Adr (SCHYY) | A | Dividend | K | T | Buy (add'l) | 06/10/20 | J | | |
| 401. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 402. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 403. Sanofi Adr (SNY) | B | Dividend | K | T | Buy (add'l) | 01/21/20 | J | | |
| 404. | | | | | Buy (add'l) | 01/22/20 | J | | |
| 405. | | | | | Buy (add'l) | 02/26/20 | J | | |
| 406. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 407. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 408. | | | | | Buy (add'l) | 06/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409.  SAP SE SHS (SAP) | A | Dividend | K | T | Sold<br>(part) | 07/13/20 | J | B | |
| 410.  Schwab Charles Corp New (SCHW) | A | Dividend | K | T | Sold<br>(part) | 01/16/20 | J | B | |
| 411. | | | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 412. | | | | | Buy<br>(add'l) | 06/17/20 | J | | |
| 413. | | | | | Buy<br>(add'l) | 06/18/20 | J | | |
| 414. | | | | | Sold<br>(part) | 09/17/20 | J | A | |
| 415. | | | | | Buy<br>(add'l) | 10/21/20 | J | | |
| 416.  ServiceNow Inc (NOW) | | None | K | T | Sold<br>(part) | 05/07/20 | J | D | |
| 417. | | | | | Sold<br>(part) | 09/09/20 | J | C | |
| 418.  Shiseido Ltd Sponsrd Adr (SSDOY) | A | Dividend | | | Buy | 03/12/20 | K | | |
| 419. | | | | | Buy<br>(add'l) | 06/10/20 | J | | |
| 420. | | | | | Sold | 08/17/20 | K | | |
| 421.  Siemens Healthineers ADR (SMMNY) | A | Dividend | | | Buy<br>(add'l) | 06/10/20 | J | | |
| 422. | | | | | Sold<br>(part) | 06/02/20 | J | A | |
| 423. | | | | | Sold<br>(part) | 08/21/20 | J | A | |
| 424. | | | | | Sold<br>(part) | 08/24/20 | J | A | |
| 425. | | | | | Sold | 08/25/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ross, Allyne R.** | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426. Siemens AG ADR (SIEGY) | | None | K | T | Buy | 09/09/20 | J | | |
| 427. | | | | | Buy (add'l) | 09/08/20 | J | | |
| 428. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 429. Smith & Nephew PLC Sponsored ADR New (SNN) | A | Dividend | K | T | Buy (add'l) | 06/10/20 | J | | |
| 430. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 431. Snowflake Inc Reg SHS (SNOW) | | None | J | T | Buy | 09/21/20 | J | | |
| 432. Sony Corp Adr New (SNE) | A | Dividend | J | T | Sold (part) | 04/14/20 | J | A | |
| 433. | | | | | Sold (part) | 04/15/20 | J | A | |
| 434. | | | | | Sold (part) | 04/22/20 | J | A | |
| 435. | | | | | Sold (part) | 01/23/20 | J | A | |
| 436. | | | | | Sold (part) | 11/19/20 | J | B | |
| 437. Splunk Inc.(SPLK) | | None | K | T | Buy (add'l) | 03/11/20 | J | | |
| 438. | | | | | Sold (part) | 05/07/20 | J | B | |
| 439. | | | | | Sold (part) | 09/17/20 | J | A | |
| 440. Stanley Black & Decker (SWK) | | None | J | T | Buy | 10/15/20 | J | | |
| 441. | | | | | Buy (add'l) | 10/16/20 | J | | |
| 442. | | | | | Buy (add'l) | 11/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443.  State Street Corp (STT) | A | Dividend | | | Sold (part) | 01/16/20 | J | B | |
| 444. | | | | | Sold (part) | 05/15/20 | J | | |
| 445. | | | | | Sold | 05/18/20 | J | | |
| 446.  Taiwan S Manufacturing ADR (TSM) | A | Dividend | K | T | Buy | 04/21/20 | J | | |
| 447. | | | | | Buy (add'l) | 06/10/20 | J | | |
| 448. | | | | | Sold (part) | 07/24/20 | J | B | |
| 449. | | | | | Sold (part) | 10/21/20 | J | B | |
| 450.  Temenos AG (TMSNY) | | None | K | T | Buy | 09/10/20 | J | | |
| 451. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 452.  TJX Cos Inc New (TJX) | | None | K | T | Buy | 06/17/20 | J | | |
| 453. | | | | | Buy (add'l) | 06/18/20 | K | | |
| 454.  Total S.E. France Spon ADR (TOT) | A | Dividend | | | Buy (add'l) | 07/29/20 | K | | |
| 455. | | | | | Sold (part) | 09/09/20 | J | | |
| 456. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 457. | | | | | Sold (part) | 11/02/20 | J | | |
| 458. | | | | | Sold | 11/09/20 | J | | |
| 459.  Trade (the) Desk Inc Shs Cl A (TTD) | | None | K | T | Buy (add'l) | 03/20/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold (part) | 05/07/20 | J | B | |
| 461. | | | | | Sold (part) | 09/09/20 | J | B | |
| 462. | | | | | Sold (part) | 10/06/20 | J | B | |
| 463. | | | | | Sold (part) | 11/19/20 | J | B | |
| 464. Transunion (TRU) | A | Dividend | K | T | Sold (part) | 05/07/20 | J | B | |
| 465. | | | | | Sold (part) | 09/17/20 | J | B | |
| 466. Travelers Cos. Inc (TRV) | A | Dividend | | | Sold (part) | 04/14/20 | J | A | |
| 467. | | | | | Sold (part) | 06/15/20 | J | A | |
| 468. | | | | | Sold | 06/16/20 | J | A | |
| 469. UCB Unspond ADR (UCBJY) | | None | K | T | Buy | 07/16/20 | J | | |
| 470. | | | | | Buy (add'l) | 07/31/20 | J | | |
| 471. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 472. Ulta Beauty Inc (ULTA) | | None | J | T | Sold (part) | 05/07/20 | J | A | |
| 473. | | | | | Sold (part) | 09/17/20 | J | A | |
| 474. Unilever PLC New ADR (UL) | B | Dividend | K | T | Buy (add'l) | 01/23/20 | J | | |
| 475. | | | | | Buy (add'l) | 01/24/20 | J | | |
| 476. | | | | | Buy (add'l) | 04/16/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 478. | | | | | Buy (add'l) | 05/19/20 | J | | |
| 479. | | | | | Sold (part) | 10/13/20 | J | A | |
| 480. | | | | | Sold (part) | 10/14/20 | J | A | |
| 481. Union Pacific Corp (UNP) | A | Dividend | J | T | Buy (add'l) | 04/16/20 | J | | |
| 482. | | | | | Buy (add'l) | 07/29/20 | J | | |
| 483. United Health Group Inc (UNH) | A | Dividend | K | T | Sold | 02/03/20 | J | C | |
| 484. | | | | | Buy | 03/18/20 | J | | |
| 485. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 486. US Bancorp (USB) | A | Dividend | | | Buy | 05/19/20 | J | | |
| 487. | | | | | Sold | 11/19/20 | J | C | |
| 488. Verizon Communciations Inc (VZ) | B | Dividend | L | T | Sold (part) | 04/14/20 | J | A | |
| 489. | | | | | Buy (add'l) | 05/11/20 | J | | |
| 490. | | | | | Sold (part) | 11/23/20 | J | A | |
| 491. Visa Inc. CL A (V) | A | Dividend | L | T | Buy (add'l) | 03/25/20 | J | | |
| 492. | | | | | Sold (part) | 03/18/20 | J | B | |
| 493. | | | | | Buy (add'l) | 04/24/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 04/29/20 | J | | |
| 495. | | | | | Sold (part) | 04/24/20 | J | C | |
| 496. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 497. | | | | | Sold (part) | 05/07/20 | J | B | |
| 498. Vontier Corp (VNT) (X) | | None | | | Sold | 10/20/20 | J | | |
| 499. Waste Connections Inc (WCN) | A | Dividend | J | T | Sold (part) | 03/18/20 | J | A | |
| 500. | | | | | Sold (part) | 09/17/20 | J | A | |
| 501. Wells Fargo & Co New (WFC) | B | Dividend | K | T | Sold (part) | 03/06/20 | J | A | |
| 502. | | | | | Buy (add'l) | 07/20/20 | J | | |
| 503. | | | | | Buy (add'l) | 09/04/20 | J | | |
| 504. | | | | | Buy (add'l) | 11/23/20 | J | | |
| 505. Williams Companies Del (WMB) | B | Dividend | J | T | Sold (part) | 06/17/20 | J | | |
| 506. | | | | | Sold (part) | 06/18/20 | J | | |
| 507. | | | | | Sold (part) | 11/23/20 | J | | |
| 508. Willis Toweres Watson PLC (WLTW) | A | Dividend | J | T | Sold (part) | 06/15/20 | J | A | |
| 509. | | | | | Sold (part) | 06/16/20 | J | B | |
| 510. | | | | | Sold (part) | 10/12/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ross, Allyne R.** | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 511.  Xylem Inc SHS (XYL) | A | Dividend | J | T | Sold<br>(part) | 05/07/20 | J | A | |
| 512. | | | | | Sold<br>(part) | 09/17/20 | J | A | |
| 513.  Yum China Holdings Inc (YUMC) | A | Dividend | K | T | Buy | 11/09/20 | K | | |
| 514.  Zimmer Biomet Hold (ZBH) | | None | J | T | Buy | 11/24/20 | J | | |
| 515.  Zoetis Inc (ZTS) | A | Dividend | K | T | Sold<br>(part) | 03/18/20 | J | A | |
| 516. | | | | | Sold<br>(part) | 05/28/20 | J | B | |
| 517.  Zurich Insurance Group (ZURVY) | | None | K | T | Buy | 07/29/20 | K | | |
| 518. | | | | | Buy<br>(add'l) | 10/21/20 | J | | |
| 519.  3M Co. (MMM) | | None | | | Sold | 01/16/20 | J | | |
| 520.  Account #6 (H) | | | | | | | | | |
| 521.  Merrill Lynch Bank Deposit (cash) (X) | A | Interest | J | T | | | | | |
| 522.  NY State Dorm Auth St (64990FMX9) | B | Interest | | | Redeemed | 02/18/20 | L | | |
| 523.  Metropolitan Transit Authority Bond<br>(59259ND83) | C | Interest | | | Redeemed | 11/16/20 | L | | |
| 524.  Dormitory Auth of NY Bond (649906DJ0) | B | Interest | K | T | Sold<br>(part) | 12/02/20 | K | | |
| 525.  Sachem Cent Sch Dist NY (785721VG3) | A | Interest | | | Sold | 07/06/20 | K | A | |
| 526.  NY State Environmental Bond<br>(64985HKC0) | B | Interest | L | T | | | | | |
| 527.  Pelham NY UN Free Sch Dist (705795PZ9) | | None | K | T | Buy | 11/18/20 | K | | |

| | | | | |
|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. 34th Street Partnership Bond (884286BX2) | C | Interest | L | T | | | | | |
| 529. Bay Shore NY Union Free School District (072581JX0) | B | Interest | L | T | | | | | |
| 530. Hudson Yd Infra Corp NY (44420RAD2) | B | Interest | K | T | | | | | |
| 531. Erie NY Indl Dev Agy Sch FC RV Ref (29509PJC4) | C | Interest | L | T | | | | | |
| 532. University California Revs (91412G2U8) | B | Interest | L | T | | | | | |
| 533. Tribborough Brdg & Tunl (89602NK37) | B | Interest | L | T | Buy | 02/21/20 | L | | |
| 534. Erie County NY Bond (295084LGO) | C | Interest | L | T | | | | | |
| 535. Sales Tax Asset (794665FM6) | C | Interest | L | T | | | | | |
| 536. Shenendehowa NY Bond (823194F75) | B | Interest | K | T | | | | | |
| 537. New York N Y Go BDS 2018 (64966MRT8) | B | Interest | K | T | | | | | |
| 538. Matanuska-Susitna Boro (576544S68) | B | Interest | L | T | | | | | |
| 539. NY St Dorm Auth Sales Tax (64990AEY7) | B | Interest | K | T | | | | | |
| 540. NYC Transit Bond (64972HVG4) | B | Interest | L | T | | | | | |
| 541. Tulsa CO Ok Indl At Edl (89952PFE0) | B | Interest | L | T | | | | | |
| 542. Port Auth N Y & N J Cons (73358WRU0) | B | Interest | L | T | | | | | |
| 543. Chicago O'Hare Airport Bond (167593RF1) | B | Interest | K | T | | | | | |
| 544. New York NY Mun WFA (64972GPL2) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 545. NY St Dorm Auth RE (64990CDS7) | B | Interest | L | T | | | | | |
| 546. Cook Co Il Cmnty Cons SD (213291RF6) | | None | L | T | Buy | 08/19/20 | K | | |
| 547. Hudson Yd Infra Corp NY (44420RAT7) | A | Interest | | | Sold | 07/29/20 | K | C | |
| 548. New York NY City TFA Rev (64971XCN6) | C | Interest | K | T | | | | | |
| 549. New York St Twy Auth Gen (650009S95) | A | Interest | K | T | Buy | 02/20/20 | K | | |
| 550. New York St Dorm Auth St (64990FKQ6) | A | Interest | K | T | | | | | |
| 551. Illinois Fin Auth Rev (45204EFA1) | A | Interest | K | T | Buy | 07/22/20 | K | | |
| 552. New York St Urban Dev (650036CY0) | | None | L | T | Buy | 12/23/20 | L | | |
| 553. Port Auth N Y & N J (73358W4K7) | A | Interest | K | T | | | | | |
| 554. Account #7 (H) | | | | | | | | | |
| 555. ML Bank Deposit Program (cash) (Y) | | | | | | | | | |
| 556. Account #8 (H) | | | | | | | | | |
| 557. Vanguard Commodity Strategy Admiral CL (VCMDX) | A | Dividend | M | T | Buy | 03/23/20 | K | | |
| 558. | | | | | Buy (add'l) | 05/08/20 | K | | |
| 559. Vanguard Explorer Value Investor CL (VEVFX) | A | Dividend | M | T | Buy | 06/09/20 | L | | |
| 560. Vanguard Explorer Admiral CL (VEXRX) | D | Dividend | M | T | Buy | 03/23/20 | M | | |
| 561. Invesco Oppenheimer Developing Markets CL Y (ODVYX) | A | Dividend | M | T | Buy | 03/23/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 562. Vanguard FTSE Emerging Markets ETF (VWO) | D | Dividend | N | T | Buy | 03/23/20 | N | | |
| 563. Vanguard FTSE Europe ETF (VGK)<br>Vanguard FTSE Europe ETF (VGK) | D | Dividend | N | T | Buy | 03/23/20 | N | | |
| 564. Vanguard Global Real Estate Fund (VNQI) | | None | | | Buy | 03/23/20 | L | | |
| 565. | | | | | Sold | 06/08/20 | L | | |
| 566. Vanguard Mid Cap ETF (VO) | E | Dividend | P1 | T | Buy | 03/23/20 | P1 | | |
| 567. IShares Core S&P Small Cap ETF (IJR) | C | Dividend | N | T | Buy | 03/23/20 | M | | |
| 568. Wisdomtree US Small Cap Div Grwth (DGRS) | C | Dividend | M | T | Buy | 03/23/20 | M | | |
| 569. Wisdomtree Global Ex US Qlty Div Growth ETF (DNL) | C | Dividend | M | T | Buy | 03/23/20 | M | | |
| 570. BBX Capital Inc Cl A (BBXIA) (X) | | None | K | T | | | | | |
| 571. Bluegreen Vacations Holdings Corp Cl A (BVH) | | None | L | T | Buy | 03/23/20 | L | | |
| 572. General Electic Co (GE) | A | Dividend | J | T | Buy | 03/23/20 | J | | |
| 573. Account #9 (H) | | | | | | | | | |
| 574. Vanguard Commodity Strategy Admiral CL (VCMDX) | | None | | | Sold | 03/23/20 | L | | |
| 575. Vanguard Explorer Admiral CL (VEXRX) | | None | | | Sold | 03/23/20 | M | | |
| 576. Vanguard Ltd-Term Tax-Exempt Fund (VMLUX) | D | Dividend | N | T | | | | | |
| 577. Vanguard High-Yield Tax-Exempt Fund (VWALX) | D | Dividend | N | T | | | | | |
| 578. Vanguard Intermediate Term Tax Exempt Adm (VWIUX) | D | Dividend | N | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. Invesco Oppenheimer Developing Markets CL Y (ODVYX) | | None | | | Sold | 03/23/20 | M | | |
| 580. Vanguard Emerging Markets Index Fund (VWO) | | None | | | Sold | 03/23/20 | N | | |
| 581. Vanguard Europe ETF (VGK) | | None | | | Sold | 03/23/20 | N | | |
| 582. Vanguard Global Real Estate Fund (VNQI) | | None | | | Sold | 03/23/20 | M | | |
| 583. Vanguard Mid Cap ETF (VO) | | None | | | Sold | 03/23/20 | P1 | | |
| 584. IShares Core S&P Small Cap ETF (IJR) | | None | | | Sold | 03/23/20 | M | | |
| 585. Wisdom Tree U.S. Small Cap. Div. Growth ETF (DGRS) | A | Dividend | | | Sold | 03/23/20 | M | | |
| 586. Wisdom Tree Global ex-US Quality Dividend (DNL) | | None | | | Sold | 03/23/20 | M | | |
| 587. BBX Capital Corp New Cl A (BBX) | A | Dividend | | | Sold | 03/23/20 | M | | |
| 588. General Electric Co (GE) | A | Dividend | | | Sold | 03/23/20 | J | | |
| 589. Account #10 (H) | | | | | | | | | |
| 590. Fidelity Int'l Small Cap (FISMX) | C | Dividend | | | Sold | 01/21/20 | M | | |
| 591. Fidelity Zero International Index (FZILX) | B | Dividend | | | Sold | 01/21/20 | K | | |
| 592. Fidelity Zero Total Market Index (FZROX) | A | Dividend | | | Sold | 01/21/20 | K | | |
| 593. Dodge & Cox Stock (DODGX) | E | Dividend | | | Sold | 01/21/20 | N | | |
| 594. Wisdomtree TR US Midcap Dividend (DON) | C | Dividend | | | Sold | 01/21/20 | M | | |
| 595. Account #11 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ross, Allyne R.** | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 596. Fidelity Int'l Small Cap (FISMX) | B | Dividend | M | T | Buy | 01/21/20 | M | | |
| 597. Fidelity Zero International Index (FZILX) | A | Dividend | L | T | Buy | 01/21/20 | K | | |
| 598. | | | | | Buy<br>(add'l) | 08/31/20 | J | | |
| 599. Fidelity Zero Total Market Index (FZROX) | A | Dividend | L | T | Buy | 01/21/20 | K | | |
| 600. Dodge & Cox Stock (DODGX) | E | Dividend | O | T | Buy | 01/21/20 | N | | |
| 601. Wisdomtree TR US Midcap Dividend (DON) | C | Dividend | M | T | Buy | 01/21/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 2: No underlying investment options.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Equitable Holdings Inc (EQH) was AXA Equitable Holdings Inc (EQH).
Unilever PLC New ADR (UL) was Unilever NV NY SHS New (UN).

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, Allyne R. | 03/09/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Allyne R. Ross**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544